Kurt Rowland
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
Attorneys for Defendant
JOSE LUIS CORTEZ-RODRIGUEZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-06-2050-LRS |
| vs. | ORDER GRANTING MOTION TO DISMISS |
| JOSE LUIS CORTEZ-RODRIGUEZ, | |
| Defendant. | |

Before the Court is the Defendant's Motion to Dismiss (Ct. Rec. 32). As set forth in his motion, Defendant's 1994 deportation proceedings did not appear to comport with due process.

Based upon the foregoing, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Ct. Rec. 32) is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel and the United States Marshals Office.

**DATED** this 7th day of September, 2006.

s/Lonny R. Suko
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER

1